UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.

BELUGA CHARTERING GmbH,
a foreign corporation,

    Plaintiff,

vs.

YACHT PATH INTERNATIONAL, INC.,
a New York corporation,

    Defendant.
_____/

## COMPLAINT

The Plaintiff, BELUGA CHARTERING GmbH, by and through its undersigned counsel, hereby files its Complaint against YACHT PATH INTERNATIONAL, INC., alleging as follows:

1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, arising under this Court's admiralty and maritime jurisdiction pursuant to 28 U.S.C. §1333(1), in causes of demurrage and other related damages arising from Defendant's breach of a maritime contract.

2. At all times material hereto, the Plaintiff, BELUGA CHARTERING GmbH, was and is a vessel owner based in Bremen, Germany.

3. The Defendant, YACHT PATH INTERNATIONAL, INC., is a New York corporation doing business in Palm Beach Gardens, Florida.

4. The Plaintiff and Defendant entered into a charter party through ship broker, Gisholt Shipping, Inc. located in Weston, Florida, for the transport of yachts from Victoria, British Columbia to Port Everglades, Florida, and for the transport of yachts from Genoa, Italy to the Port of Jebel Ali in the United Arab Emirates.

5. Venue is proper in this district as the Defendant conducts business and maintains an office in this district, the ship broker arranging the charter is located in this district and the acts constituting breach of the contract occurred in this district.

6. The Plaintiff transported the Defendant's cargo (yachts) on its vessels, the M/V "Beluga Elegance" and the M/V "Rosaire A. Desgagnes," and otherwise performed its obligations under the charter party.

7. During the course of transporting yachts for the Defendant on the M/V "Beluga Elegance," the Defendant incurred demurrage charges in the amount of $28,359.38. (See, Invoice and Lay-time Calculations attached as Composite Exhibit "1").

8. During the course of transporting yachts for the Defendant on the M/V "Rossaire A. Degagnes," the Defendant incurred demurrage charges in the amount of $18,437.50. (See, Invoice and Lay-time Calculations attached as Composite Exhibit "2"), and also incurred Suez Canal "transit dues" in the amount of $67,567.69. (See, Invoices from Beluga Chartering and from the Suez Canal Authority, attached as Composite Exhibit "3").

9. Repeated demands have been made on the Defendant to pay the demurrage charges due and owing for the two vessels and to reimburse Plaintiff for the Suez Canal "transit fees," however all demands have been ignored and no payments have been made.

WHEREFORE, the Plaintiff, BELUGA CHARTERING GmbH, demands judgment against the Defendant, YACHT PATH INTERNATIONAL, INC., in the amount of $114,364.57,

Case No.
Page 3

plus all costs, pre-judgment interest and for such other and further relief as this Court deems just and proper.

Dated: July 3, 2012
       Miami, Florida

Respectfully submitted,

 /s/ *Jonathan W. Skipp*
JONATHAN W. SKIPP
Florida Bar No.: 710570
jskipp@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
One Datran Center, Suite 1104
9100 S. Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
Attorneys for Plaintiff